UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR36 HEA |
| | ) |
| TRENTON GARRETT, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on the Government's Request for Extension of Trial Setting [Doc. #92]. Defendant does not object to this motion.

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Trenton Garrett to August 23, 2010, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

**IT IS HEREBY ORDERED** that by consent of the parties and in the interests of justice, the trial of this matter currently set for Monday, August 2, 2010, is reset to Monday, August 23, 2010, at 9:30 a.m. in the courtroom of the undersigned.

Dated this 7th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE